*In re* **HENDERSON**, DOUGLAS I. (MR 17520)
Kenosha, WI

Order of the Court:

The petition by the Administrator of the Attorney Registration and

Disciplinary Commission to impose reciprocal discipline pursuant to Supreme Court Rule 763 is allowed, and respondent Douglas I. Henderson, who has been disciplined in the State of Wisconsin, is reprimanded in the State of Illinois.